**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.,<br>v. LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC., | Case Number:<br>FILED: APRIL 28, 2008<br>08 CV 2412     JH<br>JUDGE DARRAH<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.,

| |
|---|
| NAME (Type or print)<br>Christopher J. McGeehan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christopher J. McGeehan |
| FIRM<br>Greer, Burns & Crain, Ltd. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279619 | 312-360-0080 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐