## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| | ) | Civil Action No. _____ |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| LEHMAN BROTHERS HOLDINGS INC., | ) | FILED: APRIL 28, 2008 |
| and LEHMAN BROTHERS INC., | ) | 08 CV 2412   JH |
| | ) | JUDGE DARRAH |
| Defendants. | ) | MAGISTRATE JUDGE KEYS |
| | ) | |

### NOTIFICATION OF AFFILIATES FOR PLAINTIFFS EDGE CAPTURE L.L.C. AND EDGE SPECIALISTS, L.L.C. PURSUANT TO LOCAL RULE 3.2

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. hereby respectfully submit this Notification of Affiliates in accordance with Local Rule 3.2.

Thomas M. O'Donnell and Bradley G. Griffith are Edge Capture L.L.C.'s and Edge Specialists, L.L.C.'s only affiliates.  Neither Edge Capture L.L.C. nor Edge Specialists, L.L.C. has a parent company.

Respectfully submitted,


Dated: April 28, 2008          By:      /s/ Christopher J. McGeehan
                                        Ronald J. Schutz (pro hac vice pending)
                                        Munir R. Meghjee (pro hac vice pending)
                                        Sang Young A. Brodie (pro hac vice pending)
                                        ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
                                        800 LaSalle Avenue, Suite 2800
                                        Minneapolis, MN 55402
                                        Phone: (612) 349-8500

                                        Patrick G. Burns (ARDC No. 3122589)
                                        Christopher J. McGeehan (ARDC No. 6279619)
                                        GREER, BURNS & CRAIN, LTD.
                                        300 South Wacker Drive
                                        Suite 2500
                                        Chicago, Illinois  60606
                                        Telephone:  (312) 360-0080