**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) ) | Civil Action No. _____ |
| Plaintiffs, | ) ) |  |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC., | ) ) ) | FILED: APRIL 28, 2008<br>08 CV 2412   JH |
| Defendants. | ) ) ) | JUDGE DARRAH<br>MAGISTRATE JUDGE KEYS |

## NOTICE OF PATENT SUIT

Please take notice, pursuant to 35 U.S.C. § 290, that on April 28, 2008 the above-referenced action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, alleging, among other things, infringement of U.S. Patent No. 7,177,833 and United States Patent No. 7,251,629.

The names and addresses of the parties are as follows:

1.     Plaintiff Edge Capture, L.L.C. ("Edge Capture") is an Illinois limited liability company with its principal place of business at 440 South LaSalle Street, Suite 3220, Chicago, Illinois 60605.

2.     Plaintiff Edge Specialists, L.L.C. ("Edge Specialists") is an Illinois limited liability company with its principal place of business at 440 South LaSalle Street, Suite 3220, Chicago, Illinois 60605.

3.     Defendant Lehman Brothers Holdings Inc.  ("Lehman Holdings") is a Delaware corporation with its principal place of business at 745 7th Avenue, New York, New York 10019.

80059885.1

    4.      Defendant Lehman Brothers Inc. ("Lehman Brothers") is a Delaware corporation with its principal place of business at 745 7th Avenue, New York, New York 10019.

    The names of the inventors of the '833 patent are John M. Marynowski, Catalin D. Voinescu, Stefan Puscasu, and Thomas M. O'Donnell. The names of the inventors of the '629 patent are John M. Marynowski, Catalin D. Voinescu, Stefan Puscasu, and Thomas M. O'Donnell.

Respectfully submitted,

Dated: April 28, 2008        By:      /s/ Christopher J. McGeehan
                      Ronald J. Schutz (pro hac vice pending)
                      Munir R. Meghjee (pro hac vice pending)
                      Sang Young A. Brodie (pro hac vice pending)
                      ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
                      800 LaSalle Avenue, Suite 2800
                      Minneapolis, MN 55402
                      Phone: (612) 349-8500

                      Patrick G. Burns (ARDC No. 3122589)
                      Christopher J. McGeehan (ARDC No. 6279619)
                      GREER, BURNS & CRAIN, LTD.
                      300 South Wacker Drive
                      Suite 2500
                      Chicago, Illinois 60606
                      Telephone: (312) 360-0080