### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number:  08CV2412

Assigned/Issued  By:  J. N.

Judge Name:  DARRAH

Designated Magistrate Judge:  KEYS

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____    Receipt #: 2730796_____

Date Payment Rec'd: 4-28-08_____    Fiscal Clerk:  J. N._____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☐ Writ _____            _____
      *(Type of Writ)*                 *(Type of issuance)*

2____ Original and 0_____ copies on 4-28-08____ as to  ALL DEFENDANTS
                                       *(Date)*