AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Edge Capture L.L.C., and
Edge Specialists, L.L.C.,

V.

Lehman Brothers Holdings Inc., and
Lehman Brothers Inc.

CASE NUMBER: 08CV2412

ASSIGNED JUDGE: JUDGE DARRAH
MAG. JUDGE KEYS

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Lehman Brothers Holdings Inc.
c/o Prentice Hall Corporation
33 North LaSalle Street
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald J. Schutz                       or    Patrick G. Burns
ROBINS, KAPLAN, MILLER                       GREER, BURNS & CRAIN, LTD.
& CIRESI, L.L.P.                             300 South Wacker Drive
800 LaSalle Avenue, Suite 2800               Suite 2500
Minneapolis, MN 55402                        Chicago, Illinois  60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_                                                **April 29, 2008**
-------------------------------                              -------------------------------
**(By) DEPUTY CLERK**                                        Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 15, 2008 |
| NAME OF SERVER *(PRINT)* John Pionke | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Served on Defendants' Registered Agent, Prentice Hall Corp., 33 N LaSalle St., Chicago, IL 60602. Service accepted by Wanda Massey.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/05
           Date

Signature of Server: [signed]

Address of Server: 300 S. Wacker Dr. Chicago Il 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.