# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Edge Capture L.L.C., and
Edge Specialists, L.L.C.,

V.

Lehman Brothers Holdings Inc., and
Lehman Brothers Inc.

CASE NUMBER:

ASSIGNED JUDGE: 08CV2412
JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE KEYS

TO: (Name and address of Defendant)

Lehman Brothers Inc.
c/o Prentice Hall Corporation
33 North LaSalle Street
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald J. Schutz    or    Patrick G. Burns
ROBINS, KAPLAN, MILLER         GREER, BURNS & CRAIN, LTD.
& CIRESI, L.L.P.               300 South Wacker Drive
800 LaSalle Avenue, Suite 2800 Suite 2500
Minneapolis, MN 55402          Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Annette Nuñez_                                April 29, 2008
---------------------------                        ---------------------------
(By) DEPUTY CLERK                                  Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 15, 2008 |
| NAME OF SERVER *(PRINT)* John Pionke | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Served on Defendants' Registered Agent, Prentice Hall Corp., 33 N LaSalle St., Chicago, IL 60602. Service accepted by Wanda Massey.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/05
             Date

Signature of Server

Address of Server: 300 S. Wacker Dr. Chicago Il 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.