**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.,** ) ) ) | |
| **Plaintiffs,** ) | Civil Action No. 08-CV-2412 |
| ) | |
| **v.** ) | |
| ) | |
| **LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC.,** ) ) ) | |
| **Defendants.** ) ) ) | |

**NOTICE OF MOTION**

TO:    Ronald J. Schutz
       Munir R. Meghjee
       Sang Young A. Brodie
       ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
       800 LaSalle Avenue, Suite 2800
       Minneapolis, MN 55402
       Phone: (612) 349-8500

       Patrick G. Burns
       Christopher J. McGeehan
       GREER, BURNS & CRAIN, LTD.
       300 South Wacker Drive, Suite 2500
       Chicago, IL 60606
       Phone: (312) 360-0080

   PLEASE TAKE NOTICE that on June 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in Courtroom 1203, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendants' Motion To Dismiss for

1

Failure to State a Claim or, Alternatively, to Bifurcate Patent Invalidity and Unenforceability From Infringement and Damages, a copy of which is served herewith.

Respectfully submitted,

Dated:  June 4, 2008                    By:    /s/ Albert L. Hogan III

Jeffrey G. Randall (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
(650) 470-4500

Allan M. Soobert  (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
(202) 371-7000

Albert L. Hogan III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 407-0700

*Attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc.*