IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC., <br><br> Defendants. | Civil Action No. 08-CV-2412 |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, TO BIFURCATE PATENT INVALIDITY AND UNENFORCEABILITY FROM INFRINGEMENT AND DAMAGES**

Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc. (collectively, "Lehman") respectfully move to dismiss the complaint of Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. (collectively, "Edge") pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in its supporting memorandum, Lehman respectfully requests that its motion to dismiss be granted.

Alternatively, if the Court does not dismiss the complaint, Lehman respectfully moves the Court to bifurcate and hear all patent invalidity and unenforceability issues before conducting any further proceedings on alleged infringement and damages. As detailed in the supporting memorandum, the unique circumstances of this case strongly support bifurcation. *First*, the patents simply present a well-known solution to a known problem and are invalid for anticipation and obviousness under the current law (which was not applied during prosecution). *Second*, the patent applicants engaged in a pattern of inequitable conduct before the Patent Office, including,

among others, withholding highly material information about prior art systems that plaintiffs' owner and purported inventor knew were in widespread public use, and withholding other material prior art specifically requested by the patent examiner. *Third*, staying complex and costly infringement and damages proceedings in favor of the case-dispositive invalidity and unenforceability issues here is economical and efficient. *Finally*, Edge will not be prejudiced by bifurcation. Accordingly, Lehman respectfully requests that its motion be granted.

Respectfully submitted,

Dated: June 4, 2008     By:     /s/ Albert L. Hogan III
Jeffrey G. Randall (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

Albert L. Hogan III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 407-0700

*Attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc.*