IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC., <br><br> Defendants. | Civil Action No. 08-CV-2412 |

**NOTICE OF FILING OF DEFENDANTS' NOTICE OF MOTION, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, TO BIFURCATE PATENT INVALIDITY AND UNENFORCEABILITY FROM INFRINGEMENT AND DAMAGES, AND MEMORANDUM IN SUPPORT**

**PLEASE TAKE NOTICE** that on this 4th day of June 2008 the undersigned attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc filed the accompanying Notice of Motion, Motion to Dismiss for Failure to State a Claim or, Alternatively, to Bifurcate Patent Invalidity and Unenforceability from Infringement and Damages, and Memorandum In Support in the United States District Court for the Northern District of Illinois.

/ / /

/ / /

/ / /

1

                                              Respectfully submitted,

Dated: June 4, 2008                    By:   /s/ Albert L. Hogan III

                                              Jeffrey G. Randall (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

Albert L. Hogan III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 407-0700

*Attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc.*

## **CERTIFICATE OF SERVICE**

I, Albert L Hogan III, hereby certify that on June 4, 2008, caused a true copy of the foregoing DEFENDANTS' NOTICE OF FILING, NOTICE OF MOTION, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, TO BIFURCATE PATENT INVALIDITY AND UNENFORCEABILITY FROM INFRINGEMENT AND DAMAGES, AND MEMORANDUM IN SUPPORT to be served via CM/ECF to the following attorneys of record:

Ronald J. Schutz
Munir R. Meghjee
Sang Young A. Brodie
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

*Attorneys* for *Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.*

Patrick G. Burns
Christopher J. McGeehan
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive, Suite 2500
Chicago, IL 60606
Phone: (312) 360-0080

*Attorneys* for *Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.*

Respectfully submitted,

Dated: June 4, 2008

By: /s/ Albert L. Hogan III
Jeffrey G. Randall (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
(650) 470-4500

Allan M. Soobert (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

Albert L. Hogan III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 407-0700

*Attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc.*