IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC., <br><br> Defendants. | Civil Action No. 08-CV-2412  J.N. |

NOTIFICATION OF AFFILIATES FOR DEFENDANTS
LEHMAN BROTHERS HOLDINGS INC. AND LEHMAN BROTHERS INC.

Pursuant to Local Rule 3.2, Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc. hereby submit this Notification of Affiliates.

The following entities own a 5 % or more interest in Lehman Brothers Holdings Inc.: Fidelity Management and Research L.L.C.; ClearBridge Advisors L.L.C.; and AXA Group, including AllianceBernstein L.P.  A reasonable investigation did not reveal any affiliates of Fidelity Management and Research L.L.C. or ClearBridge Advisors L.L.C., which are both privately-held entities.  AXA Group is the parent organization of AllianceBernstein L.P. and owns more than 5 % of AllianceBernstein L.P.  AllianceBernstein L.P. has no other affiliates within the meaning of Local Rule 3.2.

Lehman Brothers Inc. is a wholly-owned subsidiary of Lehman Brothers Holdings Inc.

                                                            Respectfully submitted,

Dated: June 4, 2008                By:    /s/ Albert L. Hogan III

                                              Jeffrey G. Randall (*pro hac vice* motion pending)
                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                              525 University Avenue, Suite 1100
                                              Palo Alto, CA 94301
                                              (650) 470-4500

                                              Allan M. Soobert (*pro hac vice* motion pending)
                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                              1440 New York Avenue, NW
                                              Washington, DC 20005
                                              (202) 371-7000

                                              Albert L. Hogan III
                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                              333 West Wacker Drive
                                              Chicago, IL 60606
                                              (312) 407-0700

                                              *Attorneys for Defendants Lehman Brothers*
                                              *Holdings Inc. and Lehman Brothers Inc.*

**CERTIFICATE OF SERVICE**

I, Albert L Hogan III, hereby certify that on June 4, 2008, caused a true copy of the foregoing NOTIFICATION OF AFFILIATES FOR DEFENDANTS LEHMAN BROTHERS HOLDINGS INC. AND LEHMAN BROTHERS INC. to be served via CM/ECF to the following attorneys of record:

| | |
|---|---|
| Ronald J. Schutz<br>Munir R. Meghjee<br>Sang Young A. Brodie<br>ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN  55402<br>Phone: (612) 349-8500<br><br>*Attorneys* for *Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.* | Patrick G. Burns<br>Christopher J. McGeehan<br>GREER, BURNS & CRAIN, LTD.<br>300 South Wacker Drive, Suite 2500<br>Chicago, IL  60606<br>Phone: (312) 360-0080<br><br>*Attorneys* for *Plaintiffs Edge Capture L.L.C.  and Edge Specialists, L.L.C.* |

Respectfully submitted,

Dated:  June 4, 2008

By:    /s/ Albert L. Hogan III
Jeffrey G. Randall (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
(650) 470-4500

Allan M. Soobert  (*pro hac vice* motion pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
(202) 371-7000

Albert L. Hogan III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 407-0700

*Attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc.*