# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Edge Capture L.L.C., et al.

                                Plaintiff,

v.                                                       Case No.: 1:08−cv−02412
                                                       Honorable John W. Darrah

Lehman Brothers Holdings Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable John W. Darrah:Defendants' motion to dismiss for failure to state a claim or, alternatively, to bifurcate patent invalidity and unenforceability from infringement and damage [20]is entered and briefed as follows: response by 7/1/08, reply by 7/15/08. Status hearing set for 8/28/08 at 9:00 a.m.Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.