# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Edge Capture L.L.C. & Edge Specialists, L.LC.,
Plaintiffs,
v.
Lehman Brothers Holding Inc. & Lehman Brothers Inc.,
Defendants.

Case Number: 08-CV-2412

Judge Darrah
Magistrate Judge Keys

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., Plaintiffs

| |
|---|
| NAME (Type or print)<br>Glenna L. Gilbert |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Glenna L. Gilbert |
| FIRM<br>Robins, Kaplan, Miller, and Ciresi L.L.P. |
| STREET ADDRESS<br>2800 LaSalle Plaza, 800 LaSalle Avenue |
| CITY/STATE/ZIP<br>Minneapolis, MN 55402 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286244 | TELEPHONE NUMBER<br>612-349-8712 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐