**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **LEHMAN BROTHERS HOLDINGS INC.,** ) <br> **and LEHMAN BROTHERS INC.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 08-CV-2412 |

**DECLARATION OF JEFFREY G. RANDALL IN SUPPORT OF
DEFENDANTS' REPLY REGARDING THEIR MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM OR, ALTERNATIVELY, TO BIFURCATE PATENT
INVALIDITY AND UNENFORCEABILITY FROM INFRINGEMENT AND DAMAGES**

I, Jeffrey G. Randall, declare as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Lehman Brothers Holding Inc. and Lehman Brothers Inc. in this action. I am admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts herein and, if called as a witness, could and would testify competently as to their truth.

1.        Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Allowance from the United States Patent and Trademark Office for the '629 patent, mailed January 10, 2007.

2.        Attached hereto as Exhibit 2 is a true and correct copy of the Patent Assignment Details of the April 30, 2003 assignment of the '629 patent from International Specialists, Inc. to Thomas Michael O'Donnell and Bradley Gene Griffith, *available at* http://assignments.uspto.gov/assignments/q?db=pat&reel=014933&frame=0842.

3.    Attached hereto as Exhibit 3 is a true and correct copy of the Patent Assignment Details of the April 30, 2003 assignment of the '629 patent from Thomas Michael O'Donnell and Bradley    Gene    Griffith    to    Edge    Capture,    L.L.C.,    *available    at* http://assignments.uspto.gov/assignments/q?db=pat&reel=014880&frame=0602.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 15, 2008, at Palo Alto, California.

_____

Jeffrey G. Randall

## CERTIFICATE OF SERVICE

I, Jeffrey G. Randall, hereby certify that on July 15, 2008, caused a true copy of the foregoing DECLARATION OF JEFFREY G. RANDALL IN SUPPORT OF DEFENDANTS' REPLY REGARDING THEIR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, TO BIFURCATE PATENT INVALIDITY AND UNENFORCEABILITY FROM INFRINGEMENT AND DAMAGES to be served via CM/ECF to the following attorneys of record:

Ronald J. Schutz
Munir R. Meghjee
Sang Young A. Brodie
Gleena L. Gilbert
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Phone: (612) 349-8500

*Attorneys* for *Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.*

Patrick G. Burns
Christopher J. McGeehan
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive, Suite 2500
Chicago, IL  60606
Phone: (312) 360-0080

*Attorneys* for *Plaintiffs Edge Capture L.L.C.  and Edge Specialists, L.L.C.*

Respectfully submitted,

Dated:  July 15, 2008

By:    */s/ Albert L. Hogan*
Jeffrey G. Randall (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,  MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
(650) 470-4500

Allan M. Soobert  (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC  20005
(202) 371-7000

Albert L. Hogan III
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, IL  60606
(312) 407-0700

*Attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Inc.*

EXHIBIT 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | | EXAMINER |
|---|---|---|---|---|
| 9629 | 7590 | 01/10/2007 | | FELTEN, DANIEL S |

MORGAN LEWIS & BOCKIUS LLP
1111 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| ART UNIT | PAPER NUMBER |
|---|---|
| 3693 | |

DATE MAILED: 01/10/2007

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/417,774 | 10/14/1999 | JOHN M. MARYNOWSKI | 048289-5002 | 7919 |

TITLE OF INVENTION: AUTOMATED TRADING SYSTEM IN AN ELECTRONIC TRADING EXCHANGE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $0 | $700 | $700 | 04/10/2007 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u>  (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

9629   7590   01/10/2007

MORGAN LEWIS & BOCKIUS LLP
1111 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/417,774 | 10/14/1999 | JOHN M. MARYNOWSKI | 048289-5002 | 7919 |

TITLE OF INVENTION: AUTOMATED TRADING SYSTEM IN AN ELECTRONIC TRADING EXCHANGE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $0 | $700 | $700 | 04/10/2007 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| FELTEN, DANIEL S | 3693 | 705-037000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,   1 _____

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.   2 _____   3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent):   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/417,774 | 10/14/1999 | JOHN M. MARYNOWSKI | 048289-5002 | 7919 |

9629     7590     01/10/2007

MORGAN LEWIS & BOCKIUS LLP
1111 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| EXAMINER |
|---|
| FELTEN, DANIEL S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3693 | |

DATE MAILED: 01/10/2007

### Determination of Patent Term Extension under 35 U.S.C. 154 (b)
(application filed after June 7, 1995 but prior to May 29, 2000)

The Patent Term Extension is 0 day(s). Any patent to issue from the above-identified application will include an indication of the 0 day extension on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Extension is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

# EXHIBIT 2

 **United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Patent Query

## Patent Assignment Details

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Reel/Frame:** 014933/0842                                                                 **Pages:** 3

**Recorded:** 01/13/2004
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Total properties:** 1

1   **Patent #:** 7251629    **Issue Dt:** 07/31/2007    **Application #:** 09417774    **Filing Dt:** 10/14/1999
    **Title:** AUTOMATED TRADING SYSTEM IN AN ELECTRONIC TRADING EXCHANGE

**Assignor**

1   INTERNATIONAL SPECIALISTS, INC.                                             **Exec Dt:** 04/30/2003

**Assignees**

1   O'DONNELL, THOMAS MICHAEL
    440 S. LASALLE STREET
    SUITE 663
    CHICAGO, ILLINOIS 60605

2   GRIFFITH, BRADLEY GENE
    440 S. LASALLE STREET
    SUITE 663
    CHICAGO, ILLINOIS 60605

**Correspondence name and address**
    MORGAN, LEWIS & BOCKIUS LLP
    JOHN D. ZELE
    1111 PENNSYLVANIA AVE., N.W.
    WASHINGTON, D.C. 20004

Search Results as of: 07/14/2008 01:46 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT 3

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Patent Query**

# Patent Assignment Details

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Reel/Frame:** 014880/0602                         **Pages:** 2

                               **Recorded:** 01/13/2004

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Total properties: 1**

1    **Patent #:** 7251629      **Issue Dt:** 07/31/2007      **Application #:** 09417774        **Filing Dt:** 10/14/1999

     **Title:** AUTOMATED TRADING SYSTEM IN AN ELECTRONIC TRADING EXCHANGE

**Assignors**

1    O'DONNELL, THOMAS MICHAEL                      **Exec Dt:** 04/30/2003

2    GRIFFITH, BRADLEY GENE                        **Exec Dt:** 04/30/2003

**Assignee**

1    EDGE CAPTURE, LLC
      1201 SOUTH VALLEY HILL ROAD
      WOODSTOCK, ILLINOIS 60098

**Correspondence name and address**

      MORGAN, LEWIS & BOCKIUS LLP
      JOHN D. ZELE
      1111 PENNSYLVANIA AVE., N.W.
      WASHINGTON, D.C. 20004

Search Results as of: 07/14/2008 01:45 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT