**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:08-CV-02412

EDGE CAPTURE, L.L.C., and EDGE SPECIALISTS, L.L.C.
                    v.
LEHMAN BROTHERS HOLDINGS INC., and
LEHMAN BROTHERS INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEHMAN BROTHERS HOLDINGS INC., and
LEHMAN BROTHERS INC.

| | |
|---|---|
| NAME (Type or print) <br> Allan M. Soobert | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Allan M. Soobert | |
| FIRM <br> Skadden, Arps, Slate, Meagher & Flom, L.L.P. | |
| STREET ADDRESS <br> 1440 New York Avenue, N.W. | |
| CITY/STATE/ZIP <br> Washington, DC 20005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 202 371-7780 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |