# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-02412 |
|---|---|
| EDGE CAPTURE, L.L.C., and EDGE SPECIALISTS, L.L.C. | Honorable John W. Darrah |
| v. | |
| LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, EDGE CAPTURE, L.L.C. and EDGE SPECIALISTS, L.L.C.

| | |
|---|---|
| NAME (Type or print) <br>     Ronald J. Schutz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Ronald J. Schutz | |
| FIRM <br>     Robins, Kaplan, Miller & Ciresi L.L.P. | |
| STREET ADDRESS <br>     2800 LaSalle Plaza, 800 LaSalle Avenue | |
| CITY/STATE/ZIP <br>     Minneapolis, Minnesota 55402-2015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 612-349-8435 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |