**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 1:08-cv-02412 |
|---|---|---|
| EDGE CAPTURE, L.L.C., and EDGE SPECIALISTS, L.L.C. | | Honorable John W. Darrah |
| v. | | |
| LEHMAN BROTHERS HOLDINGS INC., and LEHMAN BROTHERS INC. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, EDGE CAPTURE, L.L.C. and EDGE SPECIALISTS, L.L.C.

| NAME (Type or print) |
|---|
| Munir R. Meghjee |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Munir R. Meghjee |
| FIRM |
| Robins, Kaplan, Miller & Ciresi L.L.P. |
| STREET ADDRESS |
| 2800 LaSalle Plaza, 800 LaSalle Avenue |
| CITY/STATE/ZIP |
| Minneapolis, Minnesota 55402-2015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 612-349-0603 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐