# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2412 | DATE | 8/28/2008 |
| CASE TITLE | Edge Capture vs. Lehman Brothers Holdings, Inc. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, defendants' motion to dismiss [20] is denied. Enter Memorandum Opinion and Order. Defendants to answer by 9/18/08. Rule 26(a)(1) disclosures to be exchanged by 9/18/08. Status hearing set for 10/1/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 29 AM 4:55
FILED-EDI